# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ARMENTA; WALTER LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE COCA-COLA COMPANY; BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES; DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:17-cv-07312 PA (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## [PROPOSED] ORDER

The Court has reviewed the Joint Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiffs SAMUEL ARMENTA; WALTER LOPEZ ("Plaintiffs") and Defendants BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, LLC and THE COCA-COLA COMPANY (collectively "Defendants") (collectively, the "Parties").

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

DATED: January 11, 2018

By: _____
Percy Anderson
United States District Judge